PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
ROBIN TUBESING
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>SINISTER MFG. COMPANY, INC,<br><br>fka SINISTER MFG. COMPANY, LLC, and dba SINISTER DIESEL AND MKM CUSTOMS,<br><br>                    Defendant. | Case No.: 2:23-cr-00168-JAM<br><br>**ORDER GRANTING MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND** |

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds Into the Court's Deposit Fund, and good cause appearing therefrom, hereby **GRANTS** the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of the defendant's sentencing, the defendant, or any other individual or entity on its behalf, may make payments in partial or full satisfaction of the defendant's criminal monetary penalties ("Deposit") to the Clerk of the Court.

2. The payment instrument(s) shall be made payable to the "Clerk of the Court" and be delivered to:

        OFFICE OF THE CLERK
        501 I Street, Suite 4-200
        Sacramento, CA 95814

3. The payment instrument(s) shall include the case number (Case No. 2:23-cr-00168-JAM).

4. Upon receipt, the Clerk shall promptly **DEPOSIT** the payment(s) into the Court's deposit fund.

5. Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to the defendant's criminal case.

6. The Clerk **SHALL** apply the Deposit towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

**IT IS SO ORDERED**.

Dated: August 07, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE